United States federal
Boston Massachusetts

FILED
IN CLERKS OFFICE
2020 JUN 18 PM 12:05
U.S. DISTRICT COURT
DISTRICT OF MASS.

Olin Hulsey
vs
United States et al.

(1983 Civil Rights)

Petition for Relief from Constitutional Violation of Cruel and Unusual Punishment. Attempted Murder / Heinous Assualt

Comes now, Olin Hulsey, Pro Se, and seeks imediate relief to avoid any further cruel and heinous actions that place Hulseys life in potential death situations.

The first week of March this year Hulsey was yet again falsely arrested only a few days after the Eleventh Circuit Court of Appeals issued a favorable decision to Hulsey as to numerous false imprisonment cases. That case on appeal.

Hulsey vs State of Alabama et al.

The Appeals Court sealed all of those cases. The District Court in Birmingham Dismissed Hulseys petition. And now after the

Appeals court decision the District Court falsely arrests Hulsey on a frivolous charge based on facts that the Appeals Court ordered sealed.

For two months Hulsey was subjected to Diesel Therapy. Hulsey now just over 2 and a half months has been to 13 facilities.

About three weeks ago Hulsey perfected a Habeas Corpus Petition in Oklahoma. Hulsey mailed said petition on Monday to OKC federal District Court, And Birmingham and the US Supreme Court.

The very next day, Hulsey was taken to a very fancy Lear Jet and flew to Massachusetts all by himself. Somebody didn't want Hulsey to have access to the Court.

Upon arrival in Massachusetts Hulsey was taken to Federal Medical Center Devon.

Note: FMC Devon was on lockdown because of a Covid 19 Coronavirus outbreak. The facility was not moving inmates in or out.

Aparently, someone wanted Hulsey at that facility.

Once inside the intake area of FMC Devon, Hulsey was asked to release his protected government medical records from the VA medical center.
Hulsey refused.

Then Hulsey was taken to a nurse who berated him with questions about his care at the VA.
Hulsey refused to give up his protected information.

Then, Hulsey was taken in from of a prison officer who wanted Hulsey to sign documents but didn't want Hulsey to read them. The men actually told Hulsey to just put a X on it.

Hulsey refused.

Note. Not at anytime was Hulsey out of line or aggressive in any way.

At that point, in comes the captain. He was acting in a threatening and an intimidating manner. He then said Hulsey was going to lockup for 14 days.

Note. At FMC Devon the active Covid 19, Corona Virus patients were being housed in lockup/SHU

Hulsey was unaware until six days later, when Hulsey got sick. he was infected with the potentially deadly virus.

One must ask at this point, was the decision a juvenile action of the guards in the intake area or was there some predetermined directives made before Hulsey got there.

Note. The Court should imediately initiate an investigation so as to determine who is responsible for the criminal decisions.

Its more likely than not that the juvenile actions were in fact intentional to infect Hulsey with the Covid 19 Corona Virus.

Because the virus is potentially Deadly, it is easy to believe that Hulsey being placed where he would be infected is in fact a Attempted Murder. at the very least its a heinous assualt.

Conclusion:

The case the Eleventh Circuit Court of Appeals sealed and gave Hulsey a favorable decision on.
Is very likely the biggest civil rights case to come through Alabama since Martin Luther King came thru.

In 1999 Hulsey was sent to prison with a 31 year sentence by a judge who was and is still the Grand Wizard of the kkk.
That man knew he had no right to imprison Hulsey. Hulsey has proven the man tampered with the record to decieve the appellate court.
The Court Reporter tampered with the tejal transcript. And the Clerk tampered with her record as well. All proven.

Its no accident Hulsey was sent to FMC Devons and intentionally placed where he would be infected with a Deadly Virus.

The current false imprisonment is the fourth in 18 months. All to cover up or prevent Hulsey from exercising his rights.

Hulsey request the Court take action to protect his life and prevent any further Constitutional violations.

Hulsey is a Disabled Combat Veteran, 100% Total and Permanent. Hulsey served his Country Honorably, went in to combat in Desert Shield, Desert Storm.

I earned my Rights, I ask the Court take Immediate action.

For This I Pray

Done This Day

John Dale Hulsey
Disabled Combat Veteran